AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| DARRYL GRAY SMITH, JR. | ) | 3:19-mj- 1870-PDB |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____February 12, 2019____ in the county of ____Clay____ in the ____Middle____ District of ____Florida____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2251(d)(1(A) | Publishing a notice seeking a visual depiction of a minor engaging in sexually explicit conduct |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Benjamin J. Luedke, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/14/2019

_____
*Judge's signature*

City and state: ____Jacksonville, Florida____

PATRICIA D. BARKSDALE, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Benjamin Luedke, being duly sworn, state as follows:

1.      I am a Special Agent (SA) with Homeland Security Investigations (HSI), the investigative arm of Immigration and Customs Enforcement (ICE), formerly known as the United States Customs Service. I have been assigned to the Office of the Assistant Special Agent in Charge, Jacksonville, Florida since August 2007. Prior to that, I was assigned to the Blaine, Washington office, beginning in July of 2002. I am a law enforcement officer of the United States and am thus authorized by law to engage in or supervise the prevention, detection, investigation or prosecution of violations of federal criminal law. I am responsible for enforcing federal criminal statutes under the jurisdiction of HSI, including violations of law involving the exploitation of children. I have attended the Basic Criminal Investigator School and the United States Immigration and Customs Enforcement Academy at the Federal Law Enforcement Training Center in Brunswick, Georgia, and I have received training in the area of Customs laws. In my capacity as a Special Agent, I have participated in numerous types of investigations, during the course of which I have conducted or participated in physical surveillance, undercover transactions and operations, historical investigations, extradition cases and other complex investigations. Prior to my employment with HSI, I worked as a federal police officer with the U.S. Capitol Police from June 2000 to March 2002. Since becoming a Special Agent, I have worked with

experienced Special Agents and state and local law enforcement officers who also investigate child exploitation offenses.

2.     I have investigated and assisted in the investigation of criminal matters involving the sexual exploitation of children that constituted violations of Title 18, United States Code, Sections 2251, 2252, 2252A, 2422, and 2423, as well as Florida state statutes that criminalize sexual activity with minors and other methods of child sexual exploitation. In connection with such investigations, I have served as case agent and have served as an undercover agent in online child exploitation cases. Specifically, during the course of my official duties, I have assumed the persona of a minor child or an adult relative of a minor child and engaged in online conversations with adult individuals who expressed interest in engaging in illegal sexual activity with minor children. During the course of my investigations, I have worked closely with members of the local child exploitation task force comprised of agents and officers from HSI, the Federal Bureau of Investigation (FBI), the Florida Department of Law Enforcement (FDLE), the Jacksonville Sheriff's Office (JSO), the St. Johns County Sheriff's Office (SJSO), and the Clay County Sheriff's Office (CCSO), among other agencies. These agencies routinely share information involving the characteristics of child sex offenders as well as investigative techniques and leads. As a federal agent, I am authorized to investigate and assist in the prosecution of

violations of laws of the United States, and to execute search warrants and arrest warrants issued by federal and state courts.

3.     The statements contained in this affidavit are based on my personal knowledge, as well as on information provided to me by experienced Special Agents and other law enforcement officers and personnel. This affidavit is being submitted for the limited purpose of establishing probable cause for the filing of a criminal complaint, and I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that Darryl Gray SMITH JR has committed a violation of Title 18, United States Code, Section 2251(d)(1)(A), that is, publishing a notice seeking a visual depiction of a minor engaging in sexually explicit conduct.

4.     I make this affidavit in support of a criminal complaint against Darryl Gray SMITH JR, that is, on or about February 12, 2019, in the Middle District of Florida, Darryl Gray SMITH JR, using a facility of interstate commerce, that is, by cellular telephone, did knowingly and willfully publish a notice seeking a visual depiction of a minor engaging in sexually explicit conduct.

5.     On February 6, 2019, while acting in an undercover capacity, I began conducting an online undercover operation designed to identify and target adult individuals who were seeking to make contact with and engage in illegal sexual activity with minor children. While working online in an undercover capacity, I created an

online persona using a particular chat application. Based on my training and experience, I know that this particular application allows individual users to meet online, engage in conversation, and exchange photos. I assumed the persona of a fourteen year old girl.

6.     On February 6, 2019, an individual who went by the screen name of "Darryl, 29" and who was subsequently identified as Darryl Gray SMITH JR, began actively contacting my undercover persona. The conversation between me and "Darryl, 29" began on February 6, 2019 and continued until February 8, 2019 within the particular online application. I preserved all the messages and they are as follows:

SMITH JR:   Hello. Hoe r u doing tonight

                     *how

February 7, 2019

Me:            I was asleep. Sorry

SMITH JR:   No need to apologize

                     So what are you up to today?

Me:            school. Have to put phone away till iM done. Ttyl

SMITH JR:   Oh ok. Well hmu whwn u get out (smiley face emoji)

February 8, 2019

Me:            Sorry. Went to bed early. Spanish test today ugh

SMITH JR:   Oh .. Well good luck with that test

|            | Je                                                          |
|------------|-------------------------------------------------------------|
|            | Jw what are u going to school for?                          |
| Me:        | Im in high school                                           |
| SMITH JR:  | How old r u?                                                |
| Me:        | 14                                                          |
| SMITH JR:  | Oj wow. And what r u soi g on this site at 14               |
| Me:        | heard about it from friends                                 |
| SMITH JR:  | So why did u say u was 20?                                  |
| Me:        | duh can't put 14 (winking emoji)                            |
| SMITH JR:  | Lol true that                                               |
|            | Uk u could get ppl in trouble lol                           |
| Me:        | not if nobody eats!!!                                        |
|            | rats                                                        |
| SMITH JR:  | Lmao. True that i guess                                      |
|            | Im liken 15 years older than u                              |
| Me:        | and                                                         |
| SMITH JR:  | Lol. Really                                                 |
|            | Wow                                                         |
|            | Ur a trip                                                   |
|            | Just text me. This is too funny. 9043850168                 |

7.    On February 8, 2019, I sent a text to the above number provided by SMITH JR, from my undercover phone. The communications between myself and SMITH JR are set forth below:

Me:           hi Daryl this is bri from [particular chat application]

Me:           u told me to hyu

SMITH JR : Hi

SMITH JR:  Can i see what u really look like?

Me:           ☺

SMITH JR:  Wat?

Me:           [I sent a non-pornographic photo depicting a female

              approximately 13-14 years of age.]

SMITH JR:  U r pretty

Me:           did u get my pic?

SMITH JR:  I did

SMITH JR:  How old is it?

Me:           my phone sucks ugh!

Me:           no idea old though

SMITH JR:  Can i see what u look like rihht now?

Me:           ?????

SMITH JR:  I meant take a pic of u right now

6

SMITH JR:   And i dont mean a nude...

Me:         just got back from soccer. no way!

Me:         soooo don't look good now

Me:         from school today [I sent a non-pornographic photo depicting a female approximately 13-14 years of age.]

SMITH JR:   Oh right on

SMITH JR:   What u mean some trash?

Me:         from school today

Me:         u send me one

SMITH JR:   Wrong person

SMITH JR:   Bad pic [A non-pornographic picture of an adult white male was received. On a later date and after identifying the user as SMITH JR, the picture matches SMITH JR's Florida driver's license photograph that I have reviewed.]

Me:         not true

SMITH JR:   If u say so

SMITH JR:   I bet ur sexy af

Me:         thanks!

SMITH JR:   ;) so how old is ur bf?

SMITH JR:   Way older than u i bet

7

Me:         no boyfriend rn

SMITH JR:  Who is the oldest guy u been with

Me:         can't tell u that yet! have to go eat hmu ltr if u want

SMITH JR:  Well damn.    When iz ltr?

Me:         whenever

SMITH JR:  Ok...   I really wanna see a good pic of u when u get done eting

SMITH JR:  So how was dinner?

SMITH JR:  Hmu when u get the chance :p

SMITH JR:  Oh talks to me im bored af...

Me:         hi

SMITH JR:  Hiya

SMITH JR:  Wat r u up to

Me:         tv

SMITH JR:  Oh nice

SMITH JR:  Im bored

Me:         not much i can do about that

SMITH JR:  Lol y u say that

Me:         about u being bored i mean.sorry

SMITH JR:  I mean u could. But u wouldnt. Lol

Me:         wdy mean

8

SMITH JR:  Nothing. I think u may be a lil young

Me:          if u say so

SMITH JR:  Wat?   How old will u go?

Me:          how old r u

SMITH JR:  Too old :(

Me:          if u don't want talk to me ok

SMITH JR:  No i really do. Im 29

Me:          thats not old

SMITH JR:  Really?

Me:          old is like 70 like grandparents

SMITH JR:  Lol

SMITH JR:  So u would date me?

Me:          r u a nice guy

SMITH JR:  I think so

Me:          good

SMITH JR:  Can i see u now?

Me:          don't no u enough for that

Me:          getting my pjs on anyways

SMITH JR:  Awe

SMITH JR:  :(

SMITH JR:  Do u care if i have a kid?

Me:        ummm... no

SMITH JR:  Really?

Me:        y duz it matter

SMITH JR:  Idk

SMITH JR:  I realy wanna get to k ow u..ik it aounds bad

Me:        hmu tmrw if u want. im tired.

SMITH JR:  Awe. :(

SMITH JR:  But babe

SMITH JR:  Plz.   10 mins

Me:        for what

SMITH JR:  To talk

SMITH JR:  An beaides. I wanted a good pic of u.. Ik ir sexy af

SMITH JR:  I cant make u tho

SMITH JR:  I do kinda feel bad tho

Me:        why

SMITH JR:  Just cause... Never hit on a younger girl before

SMITH JR:  ;)

Me:        😬so tired hmu tmrw if u want

SMITH JR:  Oh i defiantly want to

SMITH JR:  I cant sleep... :(

8.      On February 9, 2019, text communications resumed and are set forth

below:

SMITH JR:  Morning beautiful

Me:         whattup

SMITH JR:  At work

Me:         sucks where do u work

SMITH JR:  Midas

Me:         👍 👍 👍

SMITH JR:  So whats up

SMITH JR:  Im on break

Me:         nuthing

SMITH JR:  Oh fun fun

SMITH JR:  Im so bored

SMITH JR:  So how old is the oldest guy u dated?

Me:         y do u care

SMITH JR:  I was just wondering.   Im not judging

Me:         then don't worry about it! 👍 😩 😵

SMITH JR:  Well damn...

SMITH JR:  Sensitive r we

11

Me:         just mess in' with u🙂😊🙂😊🙂😊

SMITH JR:  Lol. So go out on a dte with me this com8ng weekend

SMITH JR:  :) [A non-pornographic picture of an adult white male was received. On a later date and after identifying the user as SMITH JR, the picture matches SMITH JR's Florida driver's license that I have reviewed.]

SMITH JR:  Oh an take me a pic of u right now

SMITH JR:  I take that as a no?

SMITH JR:  Bri?

Me:         yes Bri is my name

Me:         what do u want 2 do

SMITH JR:  Idk what u mean?

Me:         on a date. never really been on one

SMITH JR:  Really?   Well maybe dinner and a movie?

SMITH JR:  Or if there is something else youcwould rather do

Me:         not sure. have to think about it

SMITH JR:  Oh ok.. So u r down tho right?

Me:         2 meet u??

SMITH JR:  Yes

SMITH JR:  I might be able to take u oit for Valentine's ...   And no im not

trying to fuck.   Just want a chick friend right now.

SMITH JR:  How doea that sound?

SMITH JR:  Babe?

SMITH JR:  Well hmu when u can i guess

SMITH JR:  Im bored!!!

SMITH JR:  Dont wanna blow ur phone up so imma leave u be...   Let me

know when u can chat

Me:        hmmmm

Me:        i was at dinner with best friend

SMITH JR:  Its cool i was just bored

SMITH JR:  U enjoy dinner?

Me:        Japanese steakhouse always good

SMITH JR:  Right on!!

SMITH JR:  U think about letting me take u out?

Me:        how we gonna do that without trouble

SMITH JR:  Noone has to know ur age...

SMITH JR:  If u not ok with it its cool

Me:        what would we do

Me:        what am i gonna tell me mom

SMITH JR:  Doesmt mattet to me...It would be ur choice really. If its up to

13

me then id say dinner and a movie

SMITH JR:  Ur mom would flip if we dated huh?

Me:        def have to b secret

SMITH JR:  Is that something u want?

Me:        maybe😁

SMITH JR:  Really.?

SMITH JR:  Oh and i wanna cute pic too...

Me:        only way we could b friends would be to keep it secret

SMITH JR:  Thats fine with me. But cant have sex...

SMITH JR:  That ok?

Me:        ok

SMITH JR:  Ur probably a virgin anyway right?

SMITH JR:  Lol

Me:        maybe, maybe not. ☺

SMITH JR:  Oh come on.

Me:        u want me to be?

SMITH JR:  Dont matter

SMITH JR:  Jua asking a question.....

Me:        I've done some stuff but nothing crazy

SMITH JR:  So uve had sex?

14

Me:          yes

SMITH JR:  With a boy or a man?

Me:          older than me for sure

SMITH JR:  How old tho? Not as old as me

Me:          not as old as u

SMITH JR:  Would u?

Me:          what

SMITH JR:  Would u have sex with someone my age?

Me:          hmmmm maybe don't know u yet

SMITH JR:  Y u say that? Ik id hurt u

Me:          how would u hurt me

SMITH JR:  11.5 inches

Me:          im confused huh

SMITH JR:  My dick   Is 11.5 inches

Me:          OMG!!!!!!!!!!!!!!!!!!!!!!!!!!

SMITH JR:  Wat

Me:          saying wow dude

SMITH JR:  That bad?

SMITH JR:  Guess so

Me:          not saying that just never imagined

SMITH JR:  Oh.. Think u could manage?

Me:          how would that work with me

SMITH JR:  Wat u mean

Me:          do u think it would hurt or fell good

SMITH JR:  Probably hurt at first then u would love it

Me:          hmmm

SMITH JR:  Wat?   Um id eat u out first

SMITH JR:  Im u been ate out before

SMITH JR:  *ik

Me:          is it good to do that b4 sex?

SMITH JR:  Of course

SMITH JR:  So u wear thongs?

Me:          sorry just don't know a lot

SMITH JR:  Thats fine

SMITH JR:  I still wanna see a sexy pic of u

Me:          umm what is a sexy pic

SMITH JR:  Idk just a really hot pic

Me:          u don't like what i sent u

SMITH JR:  Oh i do for sure

SMITH JR:  Oh i do for sure

16

SMITH JR:  I just wanted to see a full body picture of u thats all

Me:          [I sent a non-pornogrpahic picture of a female approximately 13-
             14 years in age.]

SMITH JR:  Wow

Me:          wow what?

SMITH JR:  I want u forreal

SMITH JR:  What ru wearing rihht now?

Me:          T-shirt and pants kinda cold today

SMITH JR:  No thong?   Or anything?

Me:          T-shirt and pants only

SMITH JR:  Can i see?   ;)

SMITH JR:  Babe?

SMITH JR:  I so wanna eat u out right now u have no idea

Me:          what do u want to see

SMITH JR:  Ur sexy ass of course. Id love to have u i. A thong tho.

Me:          wow u seem to like me!

Me:          i don't have any thongs. sorry

SMITH JR:  Well what can i see then?

SMITH JR:  R u shaved?

Me:          sort of

Me:            my friends talk about that

SMITH JR:  Sort of?

Me:            some but not all

SMITH JR:  Can i see?

Me:            see what???

SMITH JR:  Really? Come on now

Me:            never taken a pic lien that b4

Me:            Like

SMITH JR:  U can try right?

Me:            I wouldn't even know how to do that. OMG. im blushing

SMITH JR:  Lol. Well do the best u can. And awe babe

Me:            u seriously want a pic of my v? OMG!!!

SMITH JR:  If u dont want to its ok

Me:            just never been asked. will u wait. afraid to get in trouble

SMITH JR:  How u gonna get in trouble?

Me:            prob won't just always hear about it st school

SMITH JR:  Lol u wont if ur by urself

Me:            have to think abou it

SMITH JR:  Ohyea? Can i get a cute pic in the mean time then. One of u right

               now

18

Me:        sleep time hmu tmrw if u want

Me:        phone is almost dead. going on charger

SMITH JR:  Awe but. Babe u can still text me

SMITH JR:  :(

SMITH JR:  Babe?

SMITH JR:  Well damn. Guess i scared u off

SMITH JR:  :(

SMITH JR:  Babe?

SMITH JR:  Well hmu then..

9.     On February 10, 2019, text communications resumed and are set forth

below:

Me:        work 2day??

SMITH JR:  No

Me:        i has to go to church this morning. ugh👎

SMITH JR:  Im srry

SMITH JR:  How was church

Me:        blah

SMITH JR:  Awe

SMITH JR:  I was thinking bout u all night last nigt ya know

Me:        oh yeah☺

19

Me:           what did u think about

SMITH JR:  Seeing u

Me:           id have to figure out my moms work days

SMITH JR:  Oh?

Me:           should be easy she stays at her boyfriends alot

SMITH JR:  Right on

SMITH JR:  So u gonna let me see that sexy ass of urs?

Me:           i will let u no when my mom gets her schedule

SMITH JR:  Oh ok...   Still want my picture tbo

Me:           what picture do I want. im embarrassed!!!!!

SMITH JR:  Dont be embarrassed...

Me:           will think abt it

Me:           what kind of pic do u want

SMITH JR:  Just a really cute pic of u

Me:           sent u those! u don't think they are cute

SMITH JR:  Ido.   I wanted u to take one just for me tho

SMITH JR:  Srry. I just think ur sexy af

Me:           haven't sent those to anyone else if that counts

Me:           going to lay down my allergies suck. ttyl

SMITH JR:  Lol

SMITH JR:  Awe but babe...

SMITH JR:  Can i call u?

Me:          not with my mom around. maybe after school one day???

SMITH JR:  Oh ok..

SMITH JR:  So what r u up to gorgeous?

SMITH JR:  Babe?

Me:          finished eating now have to get my things ready for school and

study 🖤 🖤 ☹

SMITH JR:  Can u chat for a lil while?

SMITH JR:  Babe?

SMITH JR:  Well hmu then babygirl

Me:          few mins. mom making me go to bed at 830

SMITH JR:  Awe

Me:          school night 🖤 ☹

SMITH JR:  Yea ik. Too bad u cant be here cuddling with me

Me:          have to read as well. my mom wants me read every night

SMITH JR:  Oh damn

SMITH JR:  I want u ya know

SMITH JR:  Babe?

SMITH JR:  Only have 15 mins. Talk to me

21

Me:         what do u want to talk about

SMITH JR:  U babe

SMITH JR:  Can i have u?

Me:         what would we do. u said it might hurt

SMITH JR:  Maybe.   If ur really tight

Me:         def don't want it to hurt

SMITH JR:  R u really tight?

Me:         how would i know that????????

SMITH JR:  How many fingers can u fit in u before ithurts

Me:         OMG!!! no idea never done that

SMITH JR:  Do it for me real quick

Me:         u want me to do that now??

SMITH JR:  Yes

SMITH JR:  Is it wet?

SMITH JR:  Babe?

Me:         it feels weird trying that!

SMITH JR:  U did it?

Me:         sort of

SMITH JR:  Sort of?

Me:         I didn't want to put my fingers all the way in like that. feel

22

embarrassed

SMITH JR:  How many u put in?

Me:         have to put my phone in kitchen. rules suck sometimes! ttyt

SMITH JR:  But babe

Me:         sorry. hmu tmrw if u want. night!!☺

SMITH JR:  Ok babe. Mwah

10.    On February 11, 2019, text communications resumed and are set forth

below:

SMITH JR:  Hey babe

Me:         hi

SMITH JR:  Wats up babe

Me:         not much

SMITH JR:  Im bored

Me:         Sorry. no work today?

SMITH JR:  No im sick

Me:         feel better☺

SMITH JR:  I hope

SMITH JR:  Come cuddle with me

Me:         homework. ugh my mom has soooooo many rules☹☹☹

SMITH JR:  That sucks

SMITH JR:  Babe?

Me:          whatup

SMITH JR:  Im bored

Me:          nuthin much i can do about that

SMITH JR:  Oh yes u can. ;)

Me:          like what lol

SMITH JR:  Hmmm. Idk. Come cudfle

Me:          my mom is home and u know i don't have a car! Lol

SMITH JR:  Lol. Well when she isnt home i can scoop u up... Where do u

                live?

Me:          OP country club

SMITH JR:  Oh rigjt on

SMITH JR:  Wat u wanna do when i up?

SMITH JR:  * pick u up

Me:          what??

SMITH JR:  What u wanna do when i pick u up?

Me:          ummm...whatever I guess idk

SMITH JR:  Oh come on babe

Me:          idk u tell me what we should do

SMITH JR:  I wanna eat u out

Me:         where will we go?

SMITH JR:  Idk yet.

SMITH JR:  Is that something u wanna do?

Me:         umm maybe I guess

SMITH JR:  U guess?

Me:         just a little nervous i guess. i don't want to be embarrases

SMITH JR:  Y would u be embarrassed?

Me:         idk lol😊😊😊

SMITH JR:  Scared u may be too tight?

Me:         what else will we do

SMITH JR:  Kiss?

SMITH JR:  Go to dinner?

Me:         when. i will find out my moms schedule ltr

SMITH JR:  Do i actually wanna do this or no?

Me:         Huh???? confused

SMITH JR:  Do u actually want to hookup with me?

Me:         is there a reason i shouldn't

SMITH JR:  U tell me

Me:         ur being weird. if u don't want to just say it

SMITH JR:  No i rally do

25

SMITH JR:  * really

SMITH JR:  I wanna so bad. Doesnt seem like u do tho

Me:        just have to meet when my mom isn't working. told u that

SMITH JR:  Yea ik

Me:        haVe to go out with my mom hmu ltr if u want

SMITH JR:  Oh come on bab

Me:        can't be always texting u around my mom! Duh☺

SMITH JR:  Ik but damn

SMITH JR:  U home?

SMITH JR:  Babe?

Me:        just walked in

Me:        jumping in shower

SMITH JR:  Can i see. ;)

SMITH JR:  :p

Me:        lol got my moms work days if u want to know

SMITH JR:  Yes

Me:        works tomorrow and Wednesday

SMITH JR:  Thats it?

Me:        Next week I think is mom/tues/wed not sure yet

SMITH JR:  Oh

SMITH JR:   Well i vant do anything til friday

SMITH JR:   *cant

Me:         not sure what her weekend sched is. usually doesn't find out until

            fridays

SMITH JR:   Ah

SMITH JR:   So what u gonna wanna do?

Me:         what u mean???

SMITH JR:   Wat do u wanna do when we see each other?

Me:         idk lol whatever u think

SMITH JR:   Oh come on now babe

SMITH JR:   Im being serious

Me:         i figured u would lead

SMITH JR:   I will but i wanna know what u wanna do too

Me:         don't think i know as much as u

SMITH JR:   So?

Me:         what do u want me to say? im getting embarrassed! 😊

SMITH JR:   Y

Me:         idk whatever we've talked about is fine

Me:         will it hurt?

SMITH JR:   Maybe

SMITH JR:  Uve had sex right?

Me:          tried once

SMITH JR:  Tried?

Me:          we didn't know what we were doing lol

SMITH JR:  Did u have his dick inside u?

Me:          felt like it but it was real quick

SMITH JR:  Oh.   No condom?

Me:          no we were stupid

SMITH JR:  Lol. Would u make me use one?

Me:          Can't believe I'm tell u this!

SMITH JR:  Babe?

Me:          yeah prob should

SMITH JR:  Maybe

Me:          2 b careful

SMITH JR:  I wouldnt cum inside u

SMITH JR:  Have u ever given head?

Me:          no

SMITH JR:  Would u?

Me:          idk lol

SMITH JR:  Oh?

28

Me:          maybe☺☺☺ u make me blush

SMITH JR:  Is that good?

Me:          guess so!

SMITH JR:  Awe!!!

SMITH JR:  Wat r u wearing?

Me:          have to go plug phone in b4 I get in trouble. ttyt if u want!

SMITH JR:  Just 5 more mins

Me:          my mom is bitching at me to put my phone away

SMITH JR:  One pix?

Me:          no way. would get in so much trouble

SMITH JR:  :(

Me:          have to go ttyt. Hope you feel better☺

SMITH JR:  Awe...   I just wanted one...

11.     On February 12, 2019, text communications resumed and are set forth

below:

SMITH JR:  Morning

Me:          hi

SMITH JR:  Wats up

Me:          school

SMITH JR:  U in class?

29

Me:              about 2 b. ttyl

SMITH JR:  Ok

SMITH JR:  😗

SMITH JR:  Still in class?

Me:              nope

SMITH JR:  Awe

SMITH JR:  When u get out?

Me:              out now

SMITH JR:  Oh nice

SMITH JR:  So can u chat for a few?

Me:              for a few before practice

SMITH JR:  Wat u doing

Me:              nothing really

SMITH JR:  Oh fun fun

Me:              what r u up to? felling better

SMITH JR:  I am thank u

SMITH JR:  So whats up

Me:              abt 2 leave. hmu ltr if u want

SMITH JR:  Why?

Me:              have to go to practice

SMITH JR: Ok

SMITH JR: So whats up

Me:            abt to eat. what r u up to

SMITH JR: Not much. Headed home

Me:            did u have to work today?

SMITH JR: Yes

Me:            👎

SMITH JR: What

Me:            sucjs u had to work

SMITH JR: Ikr

SMITH JR: Babe?

Me:            hey

SMITH JR: Whats up babe

Me:            not much. tired

SMITH JR: Me too. Mwah. Wish u cpuld co.e cuddle

Me:            u said u r busy all week

SMITH JR: Til 4

SMITH JR: An not on friday

Me:            my mom works all night tmrw

SMITH JR: Really?

Me:         starts work at 3 afternoon and works to 3am

SMITH JR:  Oh yea?

Me:         yep☺

SMITH JR:  Oh yay

SMITH JR:  Who else lives with u?

Me:         my little brother sometimes but he goes to his dads a lot

SMITH JR:  Oh ok. So can u come out?

Me:         yep after I get home from school

SMITH JR:  And u can be out all night?

Me:         i have to get home st some time lol

SMITH JR:  But u can be mine for a while....Besides my car is in the shop

Me:         how would u pick me up????

SMITH JR:  Could u meet me on river rd?

Me:         where is that

SMITH JR:  What do u know of near u?

Me:         freddys, old time pottery, Publix are what i usually walk to

SMITH JR:  Can u meet me at old time pottery?

Me:         what time

SMITH JR:  Idk like 430 5ish

SMITH JR:  An let me see a cute pic. U kinda owe me one

Me:          i can walk to spencer right behind old time or meet u in parking

             lot

SMITH JR:    Thats fine lol

SMITH JR:    How do ik u r who u say u r tho

Me:          i don't get what u r saying

SMITH JR:    How do i know u r who u say u r?

Me:          u want me 2 b someone else????

SMITH JR:    No. I dont..

SMITH JR:    I just wanna know u r who u say

Me:          same i hope u r the nice guy u said u r

SMITH JR:    I try to be

SMITH JR:    Just so we r clear we r just hanging out. No sex or anything like

             that

Me:          don't b weird 2 me ☹

SMITH JR:    What do u mean

Me:          u r getting all weird now

SMITH JR:    How?

SMITH JR:    ???

Me:          asking who i am after we have been talking

SMITH JR:    Im not sking who u r i said i hope u r who u say

33

Me:         ok

SMITH JR:   Can i se ur sexy ass?

Me:         y

SMITH JR:   I havr been waiting pateintly for a few days now

Me:         i sent u 3 pics already and my mom would kill me if she new i
            did that

SMITH JR:   Oh come on babe.   U can delete it afterwards

Me:         i hate taking selfies and i don't have any makeup on. i never like
            how i look. u can see me tmrw if u really want to

SMITH JR:   Babe pretty plz.

Me:         u say all this stuff u want to do with me and now u r acting like
            this. if u don't want to see me then fine

SMITH JR:   No i really do....

SMITH JR:   I just wanted a sexy pic is all

SMITH JR:   :(

Me:         what kind of pic r u looking for

SMITH JR:   A sexy one

Me:         what do u want me 2 do. i will think about it ☺

SMITH JR:   Ur pussymaye?

SMITH JR:   * ur pussy maybe

Me:        omg! what if u don't like it??

SMITH JR:  I will

Me:        i have never done that before

SMITH JR:  Plz.   For me

SMITH JR:  :(

SMITH JR:  Babe?

Me:        how am i supposed to do it. it's

SMITH JR:  U in ur room?

Me:        yes

SMITH JR:  So take off ur pants...

Me:        ok, I did

SMITH JR:  Now lay back and spread ur legs and take a couple pics

Me:        soooooo embarrased. don't want to get in trouble

SMITH JR:  U wont.   Ill be the one who gets in trouble if anything

Me:        ok

SMITH JR:  So lets see

SMITH JR:  ;)

Me:        what r u gonna do with the picture??? don't want anyone to c

SMITH JR:  I will be the only one who sees it

SMITH JR:  R u wet?

Me:          panties on or off

SMITH JR:  Off

SMITH JR:  Well u can take one with rhem and one without them

Me:          wet??? Huh??

SMITH JR:  Is ur pussy wet?

SMITH JR:  So?

Me:          don't know lol ☺☺☺☺ making me blush again

SMITH JR:  So lets see Babygirl

SMITH JR:  Ill tell u what i think..

Me:          i don't know if i can do it. I deleted one that looked stupid. hard
             to take

SMITH JR:  Plz babygirl

SMITH JR:  Ill send u a pic of my dick

Me:          y can't u wait for me to tmrw and we can do what u said. u will
             see me tmrw

Me:          u can if u want. just embarrased lol

SMITH JR:  Because i wanna see it right now.... If ur serious u will show mw

SMITH JR:  Plz

SMITH JR:  [SMITH JR sent a picture of what appears to be an adult male's
             erect penis]

Me:          i wouldn't talk to u if I wasn't serious

SMITH JR:  Then show Me

Me:          omg!!!!!!!!!!!!!!!!!!!!!!!!☎

SMITH JR:  What?

SMITH JR:  Want it in u?

Me:          it looks so big

SMITH JR:  Yea. U want it inside u?

Me:          will it hurt

SMITH JR:  An i wanna see the pic u said u would give me now

SMITH JR:  And maybe

Me:          i can't do it. what if my mom sees it somehow

Me:          can't u wait until u see me tmrw

Me:          Plz

SMITH JR:  Plz babe

SMITH JR:  I wanna see now...

SMITH JR:  If u r real u will show me

SMITH JR:  :( guess not..

Me:          don't make me feel bad. already embarrassed. u can see me

            tmrw. wouldn't that b better anyways

SMITH JR:  No...   If u do what u say then idk if i even want to

37

SMITH JR:  Oh well. Guess ur gonna be like that

Me:         Ur making me feel bad.

SMITH JR:  Then dont worry about it. I wont bother u anymore

Me:         I haven't even met u yet and u want me to do that. It would be

            diff if I met u already

SMITH JR:  Ih huh

SMITH JR:  If thats how it is then oh well.

SMITH JR:  If not a pussy picture then atleast write my name down amd hold

            it beside ut face...

Me:         ur being a jerk. if u want talk to me hmu tmrw. I'm not going to

            be used by u

SMITH JR:  Im not using u...

SMITH JR:  And im not bei g a jerk.   Ur the one who said u was gonna do

            somethi g...then backi g out..

SMITH JR:  But if u wanna be like that then fine.

Me:         just scared. want to see u first. U should get that

SMITH JR:  Ur not the one who will go to prison either...

SMITH JR:  Just send one of the two plz.... Im the one risking everything

            here. Not u

Me:         why would that happen. u and me. nobody else.

SMITH JR: Im just saying.   Thats y i want u to send me the pic... Atleadt one of my name with ur face in it

Me:        i will think abt it. litterally crying and going to bed now.

SMITH JR: Wtf?

Me:        phone is dead anyway. ttyt

SMITH JR: Why r u crying?

SMITH JR: And y cant u just be real with me.....

SMITH JR: Wow. Ok then. Im done

SMITH JR: I knew it was too good to be true

SMITH JR: Bri?!!!!

12.    On February 13, 2019, text communications resumed and are set forth below:

SMITH JR: Morning

Me:        hi. sry i got like that last night. think i was just tired.

SMITH JR: Its fine

Me:        class. hmu ltr if u want????

SMITH JR: Ok

Me:        so emabrassed! suck into bathroom to take this for u [I sent a non-pornographic picture of a female using a filter and with the name Darryl written on a piece of paper]

SMITH JR: Awe

SMITH JR:  Thank u

Me:        hi wyd

SMITH JR:  Work

Me:        r we hanging later

SMITH JR:  Yea

Me:        ok. no soccer. Yeah!

SMITH JR:  Lol

SMITH JR:  Whwre r u?

Me:        home

SMITH JR:  Enjoying urself

Me:        finished homework. chillin

SMITH JR:  Oh nice

SMITH JR:  Where u gonna meet me at?

Me:        I can walk out and meet u at old time pottery

SMITH JR:  Ok ill let uk when i gwt off.   Ill walk over

Me:        ☺👆

SMITH JR:  Im leaving work now headed therw

Me:        ok

Me:        getting ready and will leave house in a few. im a short walk out

SMITH JR:  Im at mcdonalds

40

Me:         walking now want to meet on side of old time?

SMITH JR:  I guess. Why cant u come to McDonald's?

Me:         i can. be there in a few

SMITH JR:  Ok

Me:         just walked past gate

SMITH JR:  So how far?

Me:         Just a coupla mins

13.    At approximately the same time as the last several text communications above, SMITH JR was observed arriving at McDonald's in Clay County, Florida, as referenced by him in the text message above. SMITH JR was subsequently arrested by HSI Agents and Clay County Sheriff's Office Officers and then transported to the Clay County Sheriff's Office.

14.    Detective Ellis and I identified ourselves to SMITH JR, I advised SMITH JR of his *Miranda* rights, and he agreed to speak with us. During this interview, SMITH JR provided, in substance and among other things, the following information:

SMITH JR acknowledged that he went to the McDonald's with the purpose of meeting an underage girl he met on a chat application. SMITH JR acknowledged he used his phone to communicate with the girl using a phone number through Google Voice, which is an Internet-based telephone service. When asked if the girl was underage, SMITH

41

JR stated "I mean, I figured she was." SMITH JR acknowledged providing his phone number to the girl. SMITH JR acknowledged sending a picture of what he claimed was his penis to the girl, though he said he obtained the photograph "offline." SMITH JR acknowledged asking the girl to take a sexually illicit picture of herself which he referred to as a "pu**y picture." When asked if he normally requests those types of pictures from 14 year old girls, SMITH JR stated "no." When subsequently asked why he did it this time, SMITH JR stated "I don't know man…probably because I was really horny honestly." SMITH JR acknowledged telling the girl he wanted to perform oral sex on her. SMITH JR acknowledged he'd never done anything like this before and stated "I don't know what I was thinking to be honest with you." When asked why he did not end communication with the girl when he was told she was 14, SMITH JR stated, "I really couldn't tell you that." SMITH JR stated "I understand I did something morally wrong," and "I really don't know what came over me." SMITH JR also stated "I f*cked up. What else is there to say man. I wasn't thinking." While being recorded with both audio and video after the interview ended, SMITH JR stated "What did I do Lord? Why did I do this?"

15.    Based upon the foregoing facts, I have probable cause to believe that from

on or about February 12, 2019, in the Middle District of Florida, Darryl Gray SMITH

JR, using a facility of interstate commerce, that is, via the Internet and by cellular

telephone, did knowingly and willfully publish a notice seeking a visual depiction of a

minor engaging in sexually explicit conduct, in violation of 18 U.S.C. § 2251(d)(1)(A).


_____
Benjamin J. Luedke, Special Agent
Homeland Security Investigations


Subscribed and sworn to before me this _14th_ day of February, 2019, at Jacksonville,
Florida.

_____
PATRICIA D. BARKSDALE
United States Magistrate Judge

43